NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-7097

LEE P. FLYNN,

Claimant-Appellant,

v.

ERIC K. SHINSEKI, Secretary of Veterans Affairs,

Respondent-Appellee.

Appeal from the United States Court of Appeals for Veterans Claims
in 08-3419, Judge Frank Q. Nebeker.

ON MOTION

ORDER

Upon consideration of Lee P. Flynn's unopposed motion to stay the briefing schedule in this case pending disposition of Henderson v. Shinseki, 2009-7006,

IT IS ORDERED THAT:

The motion is granted. Flynn is directed to inform this court, within 14 days of this court's issuance of the mandate in 2009-7006, concerning how he believes that this appeal should proceed. The Secretary of Veterans affairs may also respond within that time.

FOR THE COURT

AUG 0 7 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth M. Carpenter, Esq.
Tara K. Hogan, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 07 2009

JAN HORBALY
CLERK